## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL/ACHILLES
ROMULUS GENTRY                                                              PLAINTIFF
ADC #142633

V.                                    NO: 5:13CV00294 PSH

EVERETT G. LITZSEY, JR. *et al*                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed August 25, 2015, judgment is entered dismissing this case with prejudice.

IT IS SO ORDERED this 24th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE